THE HONORABLE S. KATE VAUGHAN

IN THE UNITED STATES DISRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYEESHA PARKER, | No. **2:25-cv-519-SKV** |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OVERLENGTH BRIEF AND DECLARATION FOR FAILURE TO COMPLY WITH COURT ORDER |
| COSTCO INC., A Washington State Corporation, | |
| Defendants. | |

## I.   RELIEF REQUESTED

Plaintiff Myeesha Parker, through undersigned counsel, respectfully moves this Court for an Order striking Defendant's 11-page response brief and 8-page declaration. Filed in connection with their Motion for Summary Judgment and totaling 19 pages the documents are in direct violation of this Court's June 23, 2025 Order limiting briefing to 10 pages per party.

## II.   BACKGROUND

On June 23, 2025, this Court entered an order permitting additional briefing and explicitly limiting such briefing to 10 pages per party. Defendant Costco Wholesale Inc. submitted an 11-page response brief accompanied by an 8-page declaration, bringing their total

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OVERLENGTH BRIEF AND DECLARATION FOR FAILURE TO COMPLY WITH COURT ORDER - 1

THE LAW OFFICES OF OSCAR E. DESPER III.
CITY CENTRE'
1420 FIFTH AVENUE, SUITE#2200
SEATTLE, WA  98101
TELEPHONE: (206) 521-5977
FACSIMILE: (206) 224-2880

submission to 19 pages. Defendant did not request leave to file an overlength brief, nor did it seek clarification or exemption from the Court's order prior to filing. The excessive filing places Plaintiff at a procedural and substantive disadvantage and undermines the authority of the Court's clear and reasonable limitations.

### III.    ARGUMENT

Federal courts possess inherent authority to enforce compliance with their own orders and rules. See *Chambers v. NASCO, Inc*., 501 U.S. 32, 43 (1991). Where a party violates a court order without seeking leave or providing justification, the appropriate remedy includes striking the non-compliant filing. See LCR 7(e)(3) (W.D. Wash.) (requiring leave to file overlength briefs).

Here:

- The Court expressly limited briefing to 10 pages per party.

- Defendant's response brief and declaration exceeded that limit by 9 pages.

- Defendant did not request permission to exceed the limit.

- Defendant's conduct constitutes a clear violation of both the Court's order and the Local Civil Rules.

Moreover, Local Civil Rule 7(g) provides that declarations and exhibits are not to be used to circumvent page limitations. The Defendant's 8-page declaration, when combined with the brief, effectively amounts to a 19-page argument in violation of the Court's intent and express directive.

### IV.    CONCLUSION

PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S OVERLENGTH BRIEF AND
DECLARATION FOR FAILURE TO COMPLY
WITH COURT ORDER - 2

THE LAW OFFICES OF OSCAR E. DESPER III.
CITY CENTRE'
1420 FIFTH AVENUE, SUITE#2200
SEATTLE, WA 98101
TELEPHONE: (206) 521-5977
FACSIMILE: (206) 224-2880

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Strike the Defendant's overlength 11-page response brief;

2. Strike the accompanying 8-page declaration and any exhibits attached;

3. Award any other relief deemed appropriate to ensure compliance with the Court's orders.

Respectfully Submitted this 25th day of June 2025,

*/s/Oscar E. Desper, III*
by Oscar E. Desper, III
Attorney for Myeesha Parker
WSBA #18012

*For Plaintiff:*
Oscar E. Desper, III,
Law Offices of Oscar Desper
1420 Fifth Avenue, Suite #2200
Seattle, WA 98010
Telephone:
odesper@gmail.com

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OVERLENGTH BRIEF AND DECLARATION FOR FAILURE TO COMPLY WITH COURT ORDER - 3

THE LAW OFFICES OF OSCAR E. DESPER III.
CITY CENTRE'
1420 FIFTH AVENUE, SUITE#2200
SEATTLE, WA 98101
TELEPHONE: (206) 521-5977
FACSIMILE: (206) 224-2880