THE HONORABLE S. KATE VAUGHAN

IN THE UNITED STATES DISRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYEESHA PARKER, | ) |
| Plaintiff, | ) No. **2:25-cv-519-SKV** |
| vs. | ) PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S REQUEST TO STRIKE AND TO FILE SUR REPLY |
| COSTCO INC., A Washington State Corporation, | ) |
| Defendants. | ) |

## I.     INTRODUCTION

The Plaintiff, Myeesha Parker, respectfully requests that this Court deny Defendant's Motion for Leave to Respond to Plaintiff's Request to Strike and to file a Sur reply. The Defendant's Motion is both procedurally improper and substantively flawed.

## II.     ARGUMENT

1. **The Defendant Attempts to Improperly Extend Briefing Via Declaration.**

The Defendant's request for leave is untimely and procedurally questionable.

Although framed as a motion for leave to respond, Defendant has already filed the Sur reply and embedded substantive legal arguments within a Declaration.

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR LEAVE TO
RESPOND TO PLAINTIFF'S REQUEST TO
STRIKE AND TO FILE SURREPLY - 1

THE LAW OFFICES OF OSCAR E. DESPER III.
CITY CENTRE'
1420 FIFTH AVENUE, SUITE#2200
SEATTLE, WA  98101
TELEPHONE: (206) 521-5977
FACSIMILE: (206) 224-2880

A tactic plainly intended to evade the Court's page limitations and briefing schedule.

While the letter of the rule may permit some flexibility, the spirit of the rule is undermined, when a party circumvents page limits, by smuggling argument into declarations.

That is exactly what Defendant has done here, and it is inappropriate.

2. **The Defendant's Retroactive Request for Leave to File Is Procedurally Improper.**

The Defendant seeks the Court's permission after filing the very document for which they now seek leave.

Courts routinely reject this backwards approach, because it deprives the opposing party of a fair opportunity to respond and invites confusion in the record.

If the Defendant believed a Sur reply was warranted, the proper course was to request leave to amend, prior to filing it, not afterward.

3. **The Defendant Mischaracterizes Plaintiff's Filing.**

The Defendant asserts that the Plaintiff filed a "declaration," when in fact Plaintiff filed a Motion. This misrepresentation is misleading and clouds the record.

The Plaintiff's filing was properly labeled, served, and presented in accordance with the applicable court rules.

4. **The Certificate of Service Is Dated Prior to Actual Service.**

Finally, the Certificate of Service provided by the Defendant is dated August 1, 2025. However, the Plaintiff did not receive the Motion on that date.

Although this discrepancy may appear minor, it calls into question the reliability of Defendant's service and could have prejudiced Plaintiff's ability to timely prepare this response.

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S REQUEST TO STRIKE AND TO FILE SURREPLY - 2

THE LAW OFFICES OF OSCAR E. DESPER III.
CITY CENTRE'
1420 FIFTH AVENUE, SUITE#2200
SEATTLE, WA 98101
TELEPHONE: (206) 521-5977
FACSIMILE: (206) 224-2880

If service was not effectuated on the date certified, the document is improperly served and cannot be deemed properly filed.

### III.  CONCLUSION

For the foregoing reasons, the Plaintiff respectfully requests that this Court:

- Deny Defendant's Motion for Leave to Respond and to File a Sur reply.

- Strike the Sur reply and associated Declaration from the record.

- Disregard all arguments improperly introduced outside the permissible briefing schedule and page limits.

Respectfully submitted this 7th day of August 2025.

*/s/Oscar E. Desper, III*
by Oscar E. Desper, III
Attorney for Myeesha Parker
WSBA #18012

*For Plaintiff:*
Oscar E. Desper, III,
Law Offices of Oscar Desper
1420 Fifth Avenue, Suite #2200
Seattle, WA 98010
Telephone:
odesper@gmail.com

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S REQUEST TO STRIKE AND TO FILE SURREPLY - 3

THE LAW OFFICES OF OSCAR E. DESPER III.
CITY CENTRE'
1420 FIFTH AVENUE, SUITE#2200
SEATTLE, WA 98101
TELEPHONE: (206) 521-5977
FACSIMILE: (206) 224-2880