IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MYEESHA PARKER,<br>        Plaintiff,<br>vs.<br>COSTCO WHOLESALE INC, a Washington State Corporation,<br>        Defendant | Case No.: 2:25 -cv-519<br><br>1st AMENDED COMPLAINT FOR DAMAGES |

COMES NOW the Plaintiff, by and through Oscar E. Desper, III, of The Law Offices of Oscar Desper, P.L.L.C., her attorney of record, and she complains against Costco Wholesale Inc, of Issaquah, WA, hereinafter, "Costco", upon information and belief as follows:

### I. JURISDICTION

**1.1** The Plaintiff brings this action against Defendant and its Officers, Employees, and Members,

**1st AMENDED COMPLAINT FOR DAMAGES**- 1 –

Law Offices of Oscar Desper
1420 5th Avenue, Suite #220
Seattle, WA 98101
Telephone: (206) 521-5977
Fascimile:206-224-2880
Email: odesper@gmail.com
Website: oscardesperlaw.com

in accordance with Federal and Washington State Law. Jurisdiction is proper under 29 U.S.C, Section 2601, et seq; RCW 49.60, et seq., and the 14th Amendment.

## II.   VENUE

**2.1** The events which give rise to this lawsuit occurred in King County Washington. Defendant is a corporation located in King County, Washington. Venue is proper in this Court.

## III.   PARTIES

**31. Plaintiff: Myeesha Parker.**

**3.1.1** The Plaintiff, Myeesha Parker, is a citizen of the United States of America. She is of African American descent. She is, and was always, material to this action, a resident of King County, Washington.

**3.2 Defendant: Costco Wholesale Corporation; Inc.**

**3.2.1** Defendant Costco Wholesale Corporation, Inc; is a Corporation in King County, Washington.

**3.3** Costco employs more than eight employees.

## IV. COMPLAINCE

**4.1.** This Complaint for Damages is being properly filed in The United States District Court for the Western District of Washington, in Seattle, of the State of Washington.

**1st AMENDED COMPLAINT FOR DAMAGES** - 2 –

Law Offices of Oscar Desper

1420 5th Avenue, Suite #220
Seattle, WA 98101
Telephone: (206) 521-5977
Fascimile: 206-224-2880
Email: odesper@gmail.com
Website: oscardesperlaw.com

# V. FACTS

**5.1** Costco Management, Assistant Vice Presidents, Supervisors and Costco Human Resource personnel, complained of herein, were responsible for perpetuating a hostile work environment, toward Myeesha Parker.

**5.2** Beginning in May of 2021, until Myeesha Parker was constructively discharged on February 22, 2022, Myeesha Parker was verbally abused by Assistant Vice President. Tingman, for taking time off for a medical health emergency, for her daughter, pursuant the Family Medical Leave Act, hereinafter "FMLA".

**5.3** Upon her return, Assistant Vice President, hereinafter, "AVP", R. Peters yelled at her, pointed her finger in her face and screamed at her, in front of her co-workers, because she took some emergency time off, "FMLA", or company leave, to be with her daughter.

**5.4** "AVP" Peters initial response to Parker's request to take time off for her daughter's college emergency, was, "if you do not need to use the time off, take it later; and how did your daughter get herself in that situation."

**5.5** During the same meeting, "AVP" C. Tingman addressed in her the same hostile manner, in front of her work colleagues. He informed her that because of that trip, she was not doing her job.

**5.6** Thereafter, Myeesha Parker had a meeting with both Peters and Tingman and she expressed that she felt that the communications with her were inappropriate and that she felt that she was being retaliated against for using "FMLA", to check on her daughter's mental health emergency.

**5.7** Her treatment by Costco Management continued to be hostile, even though her Caucasian

1st AMENDED COMPLAINT FOR DAMAGES - 3 –

Law Offices of Oscar Desper
1420 5th Avenue, Suite #220
Seattle, WA 98101
Telephone: (206) 521-5977
Fascimile:206-224-2880
Email: odesper@gmail.com
Website: oscardesperlaw.com

colleagues, who used "FMLA", or company leave, were not subjected to the same hostile conduct.

**5.8** For several months, thereafter, Myeesha Parker, tried her best to make the most of a hostile work environment.

However, the retaliation continued during the planning phase of the 2021 annual report.

**5.9** During that time, "AVP" Tingman demanded more of the department that Parker managed than departments her Caucasia co-workers managed.

**5.10** She was required to work until midnight on several occasions and her Caucasian counterparts were not.

**5.11** As a result of that different treatment, coupled with the ongoing retaliation, Myeesha Parker felt that because of "AVP" Tingman's continuous verbal abuse and different standards regarding her work product, specifically for her, and not for the other Buyers, that she had no choice but to resign, effect, February 22, 2022.

## VI. CLAIMS FOR RELIEF

**6.1     Willful Violation of the Family Medical Leave Act,**

Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries. Defendants said conduct constitutes a willful violation of her "FMLA" rights, pursuant to 29 U.S.C, section 2601, and Section 105 of the "FMLA" and Section 825.220, of the "FMLA" regulations, because Myeesha Parker took a "FMLA" leave, for a qualifying reason and Costco knowingly and willfully, with reckless disregard, retaliated against her, for exercising her right to

1st AMENDED COMPLAINT FOR DAMAGES- 4 –              Law Offices of Oscar Desper

1420 5th Avenue, Suite #220
Seattle, WA 98101
Telephone: (206) 521-5977
Fascimile:206-224-2880
Email: odesper@gmail.com
Website: oscardesperlaw.com

do so based on her race, in violation of Title VII and 42 U.S.C., section 1981.

**6.2    Different Terms and Conditions of Employment, Based Upon Race** – Title VII and 42 U.S.C. Section 1981 and RCW 49.60 *et.):* Plaintiff incorporates all prior assertions in this Complaint, as the proximate cause of Plaintiffs' injuries. Defendants said conduct constitutes discrimination, in violation of Title VII, 42 U.S.C Section 1981 and RCW 49.60 et. Seq.

**6.3    Hostile Work Environment:** Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries. Defendants' said conduct, the continued allowance of verbal abuse, being yelled at in front of her work colleagues… Defendant's said conduct constitutes discrimination, based upon her race, in violation of Title VII, 42 U.S.C Section 1981 and RCW. 49.60, et Seq,

**6.4 Retaliation:** Plaintiff incorporates all prior assertions in this Complaint as the proximate cause of Plaintiff's injuries. Defendants said conduct was in retaliation for the Plaintiff taking "FMLA", and or emergency leave, and for complaining about being verbally abused by Upper Management and for complaining about being treated differently than her Caucasian co-workers, from May of 2021 until February of 2022, in violation of Title VII, 42 U.S.C Section 1981 and RCW,49.60, et Seq,

**6.5 Plaintiff further reserves the right to amend or supplement this Complaint**, to include other facts, or other facts or claims, as necessary.

## VII.    DAMAGES

**7.1** As a direct and proximate result of the acts and omissions of the Defendant, the Plaintiff

1st AMENDED COMPLAINT FOR DAMAGES- 5 –                    Law Offices of Oscar Desper

1420 5th Avenue, Suite #220
Seattle, WA 98101
Telephone: (206) 521-5977
Fascimile:206-224-2880
Email: odesper@gmail.com
Website: oscardesperlaw.com

suffered emotional distress, mental anguish, mental and emotional shock, and anxiety, all of which have continued into the present and will continue. The Plaintiff also suffered loss of pay and loss of benefits, and loss of future employment opportunities.

## PRAYERS FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against the Defendant as follows:

(1). For such special damages as shall be established at the time of trial.

(2). For such general damages as shall be established at the time of trial.

(3). For such lost wages, back pay, front pay, and benefits in amounts to be established at time of trial.

(4). For double damages and other damages factors permitted under applicable Washington Statues including RCW 49.60.30.

(5) For such attorney's fees, interest, costs, and such other and further relief as shall be allowed by law or deemed just and equitable.
.

Dated 11th day of August 2025

/s/Oscar E. Desper, III
Oscar E. Desper, III
Attorney for Myeesha Parker
WSBA No. 18012

1st AMENDED COMPLAINT FOR DAMAGES - 6 –

Law Offices of Oscar Desper

1420 5th Avenue, Suite #220
Seattle, WA 98101
Telephone: (206) 521-5977
Fascimile: 206-224-2880
Email: odesper@gmail.com
Website: oscardesperlaw.com