UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYEESHA PARKER,

                Plaintiff,

    v.

COSTCO WHOLESALE CORP.,

                Defendant.

Case No. C25-0519-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

The Minute Order at Docket No. 36 striking Plaintiff's Amended Complaint was issued in error and is hereby VACATED. *See* Fed. R. Civ. P. 15(a)(1), advisory committee's note to 2023 amendment ("Rule 15(a)(1) is amended to substitute 'no later than' for 'within'" to make "clear that the right to amend continues without interruption until 21 days after the earlier of the events described in Rule 15(a)(1)(B).").

Dated this 15th day of October, 2025.

                                        Ravi Subramanian
                                        Clerk of Court

                                        By: s/ Stefanie Prather
                                              Deputy Clerk

MINUTE ORDER - 1