# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MYEESHA PARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO, INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-00519-SKV<br><br>NOTICE TO COURT OF PAYMENT OF DEFENDANT'S REASONABLE ATTORNEYS' FEE |

Pursuant to Order Imposing Sanctions (Docket No. 60), Defendant Costco Wholesale Corporation ("Costco") and Plaintiff Myeesha Parker ("Plaintiff") jointly inform the Court of an agreed-upon sum of Costco's reasonable attorneys' fees. The parties jointly agree that the Costco's reasonable attorneys' fee for docket number 41 are $3,220.50. Plaintiff will pay these fees by submitting a check made payable to "Costco Wholesale Corporation" to Costco's counsel within 30 days, or by January 9, 2026.

Respectfully submitted this 8th day of December, 2025 at Seattle, Washington.

NOTICE TO COURT OF PAYMENT OF
DEFENDANT'S REASONABLE ATTORNEYS' FEES - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

322320759v.1

SEYFARTH SHAW LLP

By: */s/ Helen M. McFarland*
Helen M. McFarland, WSBA No. 51012
Daniel O. Culicover, WSBA No. 55085
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone:   (206) 393-4051
Email:   hmfarland@seyfarth.com
             dculicover@seyfarth.com

*Counsel for Defendant Costco Wholesale Corporation*

LAW OFFICES OF OSCAR DESPER III, PLLC

By:   */s/ Oscar E. Desper III*
Oscar E. Desper, III.
1420 Fifth Avenue
Suite 2200
Seattle, Washington 98101
Phone:   (206) 521-5977
Email:   odesper@gmail.com

*Counsel for Plaintiff Myeesha Parker*

NOTICE TO COURT OF PAYMENT OF
DEFENDANT'S REASONABLE ATTORNEYS' FEES - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

322320759v.1

**CERTIFICATE OF SERVICE**

I hereby declare that on this 8th day of December, 2025, I caused a copy of ***Notice to Court of Payment of Defendant's Reasonable Attorneys' Fees*** to be filed via ECF e-filing system and emailed to the following:

> Oscar Desper, III
> Law Offices of Oscar Desper
> 1420 5th Avenue, Suite 220
> Seattle, WA 98101
> T: (206) 521-5977
> F: (206) 224-2880
> Email: odesper@gmail.com

By: *s/ Jonathan Henley*
Jonathan Henley, Legal Secretary

NOTICE TO COURT OF PAYMENT OF
DEFENDANT'S REASONABLE ATTORNEYS' FEES - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

322320759v.1