UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MYEESHA PARKER, | CASE NO. 2:25-cv-00519-SKV |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COSTCO INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On November 7, 2025, United States Magistrate Judge S. Kate Vaughan issued an order imposing sanctions on attorney Oscar E. Desper III for filings which contained hallucinated case and record citations and legal errors consistent with unverified generative artificial intelligence. (Dkt. No. 60.) Judge Vaughan publicly reprimanded Mr. Desper for his conduct, ordered him to pay sanctions in the amount of $3,000 to the Court, and referred this matter to the undersigned for further discipline pursuant to the local rules. (*Id.*)

MINUTE ORDER - 1

Under the Court's local rules, a United States District Court Judge, Bankruptcy Judge, or Magistrate Judge may present to the Chief Judge "a written grievance alleging that an attorney has violated any of the standards of conduct specified in this Rule and recommending the imposition of discipline against that attorney." Local Civil Rule 83.3(c)(5)(B). The Chief Judge shall review the grievance and "determine whether the grievance should be dismissed or pursued further." *Id.*

If, at any time during the evaluation of a grievance, the Chief Judge determines that the grievance would be more appropriately addressed by the Washington State Bar Association or other governing authority or administrative body which governs the practice of attorneys, the Chief Judge and the judge who referred the grievance may refer the matter to another authority or dismiss the grievance. *Id.*

The Court has reviewed the record and considered the discipline already imposed by Judge Vaughan. Pursuant to the local rules, the undersigned finds it appropriate to refer this matter to the Washington State Bar Association, which the undersigned will promptly do.

Dated this 26th day of January, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.